IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00391-02-CR-W-GAF |
| ) | |
| JOSHUA LAKEEM DWAYNE NELSON, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Joshua Lakeem Dwayne Nelson appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count One of the Superseding Indictment charging him with a violation of 18 U.S.C. §§ 2 and 1951(a), that is, aiding and abetting "Hobbs Act Robbery," Count Four charging him with a violation of 18 U.S.C. §§ 2 and 924(c)(1)(A)(ii), that is, in furtherance of, and during and in relation to, a violent crime, aided and abetted the brandishing of a loaded firearm, and Count Six charging him with a violation of 18 U.S.C. § 2119(1), that is, "Carjacking." The Plea Agreement states that the Government agrees to dismiss Counts Two, Three, and Five of the Superseding Indictment, as they pertain to defendant Nelson, following sentencing. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Joshua Lakeem Dwayne Nelson's plea of guilty be accepted and that defendant Nelson be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge