IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA LAKEEM DWAYNE NELSON, )<br>)<br>Defendant. ) | Case No. 17-00391-02-CR-W-GAF |

## ORDER

On June 24, 2020, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count One of the Superseding Indictment charging him with a violation of 18 U.S.C. §§ 2 and 1951(a), that is, aiding and abetting "Hobbs Act Robbery," Count Four charging him with a violation of 18 U.S.C. §§ 2 and 924(c)(1)(A)(ii), that is, in furtherance of, and during and in relation to, a violent crime, aided and abetted the brandishing of a loaded firearm, and Count Six charging him with a violation of 18 U.S.C. § 2119(1), that is, "Carjacking" before United States Magistrate Judge Lajuana M. Counts.

On June 25, 2020, Judge Counts issued her Report and Recommendation (Doc. #78). Objections were due on or before July 9, 2020. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: July 10, 2020

2

Case 4:17-cr-00391-GAF   Document 80   Filed 07/10/20   Page 2 of 2